AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) | Colorado Case: 23-mj-00100-NRN |
| v. | ) | Case No. 3:11cr72 |
| ZACHARY B. HUENERKOPF | ) | **FILED** |
| | ) | **UNITED STATES DISTRICT COURT** |
| | ) | **DENVER, COLORADO** |
| | ) | *9:47 am, Jun 02, 2023* |
| *Defendant* | ) | **JEFFREY P. COLWELL, CLERK** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ZACHARY B. HUENERKOPF ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Violation of conditions of supervised release as set forth in the petition.

Date: 05/31/2023                                                            /s/Chanda J. Berta
                                                                              *Issuing officer's signature*

City and state:   South Bend, IN                              Chanda J. Berta, Clerk (rmc)
                                                                              *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                              *Arresting officer's signature*

                                                                              *Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                               Weight:

Sex:                                  Race:

Hair:                                 Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

INNPROB12C-W
(11/08)

Marshal No. 11644-027

# United States District Court
for
### Northern District of Indiana

### Petition for Warrant for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zachary B Huenerkopf<br>117 East Bowman Street<br>South Bend, Indiana  46613 | Case Number: 3:11CR00072-001 |

Name of Sentencing Judicial Officer: <u>The Honorable Jon E. DeGuilio</u>
Name of Assigned Magistrate Judge: <u>The Honorable Michael G. Gotsch, Sr.</u>
Date of Original Sentence: <u>November 17, 2011</u>
Original Offense: <u>Possession of a Firearm in Furtherance of a Drug Trafficking Crime [18:924(c)] and Felon in Possession of a Firearms [18:922(g)(1)]</u>
Original Sentence: <u>163 Months Bureau of Prisons; 36 Months Supervised Release</u>
Type of Supervision: <u>Supervised Release</u>
Date Supervision Commenced: <u>January 13, 2023</u>

### PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision as set forth in the Judgment.

**Condition:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

**Violation No. 1:** On April 28, 2023, the defendant provided a urine specimen that yielded positive results for amphetamines.

**Standard Condition #3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Violation No. 1:** On February 21, 2023, the defendant was referred to Cross Purpose, a job skills training program. The defendant failed to engage with the program.

**Violation No. 2:** On March 14, 2023, Mr. Huenerkopf failed to comply with job search while at the RRC.

**Violation No. 3:** On March 19, 2023, Mr. Huenerkopf failed to comply with job search while at the RRC.

**Violation No. 4:** On April 20, 2023, the defendant was referred to Peer to Peer Counseling services to assist him with obtaining needs in the community. The defendant failed to engage with the program.

**Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

**Violation 1:** On March 14, 2023, Residential Reentry Center staff observed pen cap lined with tinfoil in the defendant's possession. The defendant refused to hand over this item to RRC staff.

**Violation 2:** On May 2, 2023, Residential Reentry Center staff observed a glass pipe in the defendant's possession. The defendant refused to hand over this item to RRC staff.

**Special Condition:** The defendant shall participate in a substance abuse treatment program and shall abide by all program requirements and restrictions, which may include testing for the detection of alcohol or drugs of abuse at the direction and discretion of the probation officer. While under supervision, the defendant shall not consume alcoholic beverages or any mood altering substances, which overrides the "no excessive use of alcohol" language in Standard Condition #7. The defendant shall not be allowed to work at a tavern or to patronize taverns or any establishments where alcohol is the principal item of sale. The defendant shall pay all or part of the costs for participation in the program not to exceed the sliding fee scale as established by the Department of Health and Human Services adopted by this court.

**Violation No. 1:** The defendant was referred to obtain a Substance Abuse Evaluation on January 17, 2023. He was contacted by the Independence House to schedule the evaluation on January 25, 2023, February 2, 2023, and February 13, 2023. He did not schedule his SA evaluation until March 1, 2023. He did not begin SA treatment until April 8, 2023.

**Special Condition (added April 18, 2022):** You must reside in a Residential Reentry Center (RRC) for a period of 6 months, to commence upon your release from the Bureau of Prisons and you must observe the rules of that facility. Defendant has a history of an unstable home environment or homelessness. *This condition is imposed to provide defendant safe and stable housing while seeking, with the assistance of the probation officer, long-term housing. It also provides public protection, reduces the risk of recidivism, and provides defendant rehabilitation.*

**Violation No. 1:** On April 11, 2023, the defendant left the RRC on an approved pass at 12:48 p.m. with a stipulated pass switch time of 3:00 p.m. The defendant did not call to switch passes until 4:13pm, seventy-three (73) minutes late.

**Violation No. 2:** On April 19, 2023, Residential Reentry Center staff contraband, including a plastic pipe and a bag with an unknown substance and razor blade, in the defendant's room.

**Violation No. 3:** On April 27, 2023, RRC staff offered the defendant placement into vocational training and certifications with Center for Employment Opportunities. The defendant failed to report for orientation on May 3, 2023 and May 4, 2023.

U.S. Probation Officer Recommendation:

    The term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 26, 2023

Defendant: Zachary B Huenerkopf
05/31/23 3:11CR00072-001

s/Jennifer Colanese
Jennifer A. Colanese
Supervisory U.S. Probation Officer

THE COURT ORDERS:

☐ No action.

☐ The issuance of a summons.

☐ The issuance of an order setting a violation hearing.

☒ The issuance of a warrant.

☐ Other.

s/Michael G. Gotsch, Sr.
Signature of Judicial Officer

May 31, 2023
Date

3