IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:23-mj-00100-NRN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ZACHARY B. HUENERKOPF,

        Defendant.

## MOTION FOR LEAVE TO RESTRICT ACCESS

        Benjamin Phillips, through undersigned counsel, Josh Lilley, hereby requests that Docket Nos. 8 and 10 be docketed under Level 2 Restriction.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/Josh Lilley
        JOSH LILLEY
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Josh_Lilley@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch, Assistant United States Attorney
    Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Zachary B. Huenerkopf    (U.S. Mail)

                            s/Josh Lilley
                            JOSH LILLEY
                            Assistant Federal Public Defender
                            633 17th Street, Suite 1000
                            Denver, CO  80202
                            Telephone:  (303) 294-7002
                            FAX:  (303) 294-1192
                            Josh_lilley@fd.org
                            Attorney for Defendant